UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:17-CV-102-TBR-LLK

SUSAN KAY DILLON,                                                                                   PLAINTIFF

v.

NANCY A. BERRYHILL,
Commissioner of Social Security                                                              DEFENDANT

**MEMORANDUM OPINION AND ORDER**

The Magistrate Judge has filed his report, and no objections thereto have been filed. The Magistrate Judge's Report, [R. 22], is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein. Plaintiff's Motion for Default Judgment, [R. 20], is DENIED and the Commissioner shall FILE her answer within 21 days of entry of this Order.

On September 17, 2018, Dillon filed a Second Motion for Default Judgment. In that second motion, Dillon claims that "this Court entered an Order on the 25th day of June, 2018 denying the Motion for Default Judgment and stating that 'the Commissioner shall FILE her answer within 21 days of the entry of this Order.'" [R. 23 at 2.] Dillon argues that no Answer was filed as of September 17, 2018, thus the Commissioner has failed to act in accordance with an order of this Court and default judgment should be entered in her favor. [*Id*. at 2-3.] It appears that Dillon misconstrued the Magistrate Judge's Report and Recommendation as an order entered by the undersigned. Pursuant to 28 U.S.C. § 636, a Report and Recommendation is not the same as an order entered by this Court. 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge"). Thus, Dillon's Second Motion for Default Judgment, [R. 23], is DENIED.

1

## CONCLUSION

**IT IS HEREBY ORDERED**:

(1) The Magistrate Judge's Report, [R. 22], is hereby **ADOPTED**;

(2) Dillon's Motion for Default Judgment, [R. 20], is **DENIED** and the Commissioner **shall FILE her answer within 21 days of entry of this Order**; and

(3) Dillon's Second Motion for Default Judgment, [R. 23], is **DENIED**.

**IT IS SO ORDERED**.


cc: Counsel of Record